UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
Sebastian M Zielnski § Case No. 12-13980
Eliza Broekere §
§
§
Debtor(s) §

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on
   . The undersigned trustee was appointed on            .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                $

   Funds were disbursed in the following amounts:

   Payments made under an interim disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]           $

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____   By:/s/STEVEN R. RADTKE_____
                                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 12-13980 | ERW | Judge: | Eugene R. Wedoff | Trustee Name: | STEVEN R. RADTKE |
|---|---|---|---|---|---|---|
| Case Name: | Sebastian M Zielnski | | | | Date Filed (f) or Converted (c): | 04/05/2012 (f) |
| | Eliza Broekere | | | | 341(a) Meeting Date: | 06/11/2012 |
| For Period Ending: | 10/31/2013 | | | | Claims Bar Date: | 07/30/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1720 S Michigan Ave. Apt 1908 Chicago, Il 60616 | 225,000.00 | 0.00 | OA | 0.00 | FA |
| 2. 1720 S Michigan Ave. Apt 1808 Chicago, Il 60616 | 225,000.00 | 0.00 | OA | 0.00 | FA |
| 3. Cash On Hand | 5.00 | 0.00 | OA | 0.00 | FA |
| 4. Checking Account With Us Bank | 400.00 | 0.00 | OA | 0.00 | FA |
| 5. Checking Account With Citibank | 500.00 | 0.00 | OA | 0.00 | FA |
| 6. Used Personal Household Goods/Items And Furniture | 350.00 | 0.00 | OA | 0.00 | FA |
| 7. Used Personal Clothing And Accessories | 200.00 | 0.00 | OA | 0.00 | FA |
| 8. Life Insurance Policy With State Farm - No Cash Surrender Va | 10,000.00 | 0.00 | OA | 0.00 | FA |
| 9. 2011 Estimated Tax Refund ($129.00 Estimated For Earned Inco | 7,984.00 | 5,566.00 | OA | 0.00 | FA |
| 10. 2006 Audi A4 Estimated 57,000 Miles | 10,175.00 | 0.00 | OA | 0.00 | FA |
| 11. 2000 Honda Magna Estimated 115,000 Miles | 1,985.00 | 0.00 | OA | 0.00 | FA |
| 12. Preference Claim against Ewa Broekere | 11,999.00 | 11,999.00 | | 10,000.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $493,598.00   $17,565.00   $10,000.00   $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee filed adversary proceeding to collect alleged preference in the amount $11,999.00. Pursuant to order of court dated June 19, 2013 the court approved a settlement under which the Trustee collected $10,000. As of June 30, 2013 the Trustee was awaiting passage of claims bar date.

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | |
|---|---|---|
| Case No: 12-13980 | Trustee Name: | STEVEN R. RADTKE |
| Case Name: Sebastian M Zielnski | Bank Name: | Associated Bank |
| Eliza Broekere | Account Number/CD#: | XXXXXX5414 |
| | | Checking |
| Taxpayer ID No: XX-XXX1618 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: 10/31/2013 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/30/13 | 12 | Sebastian M. Zielinski | Preference Claim against Ewa Broekere<br>Initial repayment of preferential transfer; balance to follow on or before 5/20/13 | 1129-000 | $5,000.00 | | $5,000.00 |
| 05/21/13 | 12 | Sebastian Zielinski | Preference Claim against Ewa Broekere<br>Final repayment of preferential transfer; balance to follow on or before 5/20/13 | 1141-000 | $5,000.00 | | $10,000.00 |
| 06/07/13 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.07 | $9,989.93 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $10,000.00 | $10.07 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $10,000.00 | $10.07 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $10,000.00 | $10.07 |

**UST Form 101-7-TFR (5/1/2011)** *(Page: 5)*          Page Subtotals:          $10,000.00          $10.07

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5414 - Checking | $10,000.00 | $10.07 | $9,989.93 |
|  | $10,000.00 | $10.07 | $9,989.93 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $10,000.00 |
| Total Gross Receipts: | $10,000.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 12-13980  
Debtor Name: Sebastian M Zielnski  
Claims Bar Date: 7/30/2013  

Date: October 31, 2013

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL 60603<br>, | Administrative | | $0.00 | $1,750.00 | $1,750.00 |
| 100 2200 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL 60603<br>, | Administrative | | $0.00 | $77.32 | $77.32 |
| 100 2700 | U. S. Bankruptcy Court Clerk<br>Dirksen Federal Building<br>219 S. Dearborn Street<br>Chicago, IL 60604 | Administrative | | $0.00 | $293.00 | $293.00 |
| 1 300 7100 | Atlas Acquisitions Llc (Citibank - Sears)<br>294 Union St.<br>Hackensack, Nj 07601 | Unsecured | | $0.00 | $8,181.24 | $8,181.24 |
| 2 300 7100 | Atlas Acquisitions Llc (Us Bank)<br>294 Union St.<br>Hackensack, Nj 07601 | Unsecured | | $0.00 | $3,026.74 | $3,026.74 |
| 3 300 7100 | Discover Bank<br>Db Servicing Corporation<br>Po Box 3025<br>New Albany, Oh 43054-3025 | Unsecured | | $0.00 | $6,736.65 | $6,736.65 |
| 4 300 7100 | Pyod, Llc Its Successors And Assigns As Assignee<br>Of Citibank (South Dakota), N.A.<br>Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602 | Unsecured | | $0.00 | $29,925.50 | $29,925.50 |
| 5 300 7100 | Pyod, Llc Its Successors And Assigns As Assignee<br>Of Citibank (South Dakota), N.A.<br>Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602 | Unsecured | | $0.00 | $6,200.69 | $6,200.69 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 12-13980  
Debtor Name: Sebastian M Zielnski  
Claims Bar Date: 7/30/2013

Date: October 31, 2013

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 6 300 7100 | Pyod, Llc Its Successors And Assigns As Assignee Of Citibank (South Dakota), N.A. Resurgent Capital Services Po Box 19008 Greenville, Sc 29602 | Unsecured | | $0.00 | $1,740.24 | $1,740.24 |
| 7 300 7100 | Pyod, Llc Its Successors And Assigns As Assignee Of Citibank (South Dakota), N.A. Resurgent Capital Services Po Box 19008 Greenville, Sc 29602 | Unsecured | | $0.00 | $17,860.99 | $17,860.99 |
| 8 300 7100 | Quantum3 Group Llc As Agent For Comenity Bank Po Box 788 Kirkland, Wa 98083-0788 | Unsecured | | $0.00 | $1,370.29 | $1,370.29 |
| 9 300 7100 | First National Bank Of Omaha 1620 Dodge Street Stop Code 3105 Omaha Ne 68197 | Unsecured | | $0.00 | $13,722.28 | $13,722.28 |
| 10 300 7100 | Us Bank N. A. Us Bank N.A. P.O. Box 5229 Cincinnati, Oh 45201-5229 | Unsecured | | $0.00 | $79.63 | $79.63 |
| 11 300 7100 | N. A. Fia Card Services Fia Card Services, N.A. P O Box 982284 El Paso, Tx 79998-2238 | Unsecured | | $0.00 | $11,766.43 | $11,766.43 |
| 12 300 7100 | N. A. Fia Card Services Fia Card Services, N.A. P O Box 982284 El Paso, Tx 79998-2238 | Unsecured | | $0.00 | $13,666.99 | $13,666.99 |
| 13 300 7100 | N. A. Fia Card Services Fia Card Services, N.A. P O Box 982284 El Paso, Tx 79998-2238 | Unsecured | | $0.00 | $743.17 | $743.17 |
| 14 300 7100 | Bmw Bank Of North America Pob 23356 Pittsburgh Pa 15222 | Unsecured | | $0.00 | $7,956.56 | $7,956.56 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 12-13980  
Debtor Name: Sebastian M Zielnski  
Claims Bar Date: 7/30/2013  

Date: October 31, 2013

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 15 300 7100 | Us Dept Of Education<br>Claims Filing Unit<br>Po Box 8973<br>Madison, Wi 53708-8973 | Unsecured | | $0.00 | $11,946.37 | $11,946.37 |
| 16 300 7100 | Us Dept Of Education<br>Claims Filing Unit<br>Po Box 8973<br>Madison, Wi 53708-8973 | Unsecured | | $0.00 | $10,242.80 | $10,242.80 |
| 17 300 7100 | Us Dept Of Education<br>Claims Filing Unit<br>Po Box 8973<br>Madison, Wi 53708-8973 | Unsecured | | $0.00 | $16,235.14 | $16,235.14 |
| 18 300 7100 | Us Bank N. A.<br>Us Bank N.A.<br>P.O. Box 5229<br>Cincinnati, Oh 45201-5229 | Unsecured | | $0.00 | $3,068.14 | $3,068.14 |
| 19 300 7100 | American Express Centurion Bank<br>C O Becket And Lee Llp<br>Pob 3001<br>Malvern, Pa 19355-0701 | Unsecured | | $0.00 | $1,078.17 | $1,078.17 |
| 20 300 7100 | Fsb American Express Bank<br>American Express Bank, Fsb<br>C O Becket And Lee Llp<br>Pob 3001<br>Malvern, Pa 19355-0701 | Unsecured | | $0.00 | $2,035.11 | $2,035.11 |
| 21 300 7100 | American Express Centurion Bank<br>C O Becket And Lee Llp<br>Pob 3001<br>Malvern, Pa 19355-0701 | Unsecured | | $0.00 | $2,944.87 | $2,944.87 |
| 22 300 7100 | Portfolio Recovery Associates, Llc<br>Successor To Chase Bank Usa, N.A.<br>Pob 41067<br>Norfolk, Va 23541 | Unsecured | | $0.00 | $3,285.32 | $3,285.32 |
| 23 300 7100 | Portfolio Recovery Associates, Llc<br>Successor To Chase Bank Usa, N.A.<br>Pob 41067<br>Norfolk, Va 23541 | Unsecured | | $0.00 | $7,627.91 | $7,627.91 |
| | Case Totals | | | $0.00 | $183,561.55 | $183,561.55 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 12-13980  Date: October 31, 2013
Debtor Name: Sebastian M Zielnski
Claims Bar Date: 7/30/2013

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-13980
Case Name: Sebastian M Zielnski
          Eliza Broekere
Trustee Name: STEVEN R. RADTKE

Balance on hand                                          $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: STEVEN R. RADTKE | $ | $ | $ |
| Trustee Expenses: STEVEN R. RADTKE | $ | $ | $ |
| Charges: U. S. Bankruptcy Court Clerk | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses       $_____

Remaining Balance                                            $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $       must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Atlas Acquisitions Llc (Citibank - Sears) | $ | $ | $ |
| 2 | Atlas Acquisitions Llc (Us Bank) | $ | $ | $ |
| 3 | Discover Bank | $ | $ | $ |
| 4 | Pyod, Llc Its Successors And Assigns As Assignee | $ | $ | $ |
| 5 | Pyod, Llc Its Successors And Assigns As Assignee | $ | $ | $ |
| 6 | Pyod, Llc Its Successors And Assigns As Assignee | $ | $ | $ |
| 7 | Pyod, Llc Its Successors And Assigns As Assignee | $ | $ | $ |
| 8 | Quantum3 Group Llc As Agent For | $ | $ | $ |
| 9 | First National Bank Of Omaha | $ | $ | $ |
| 10 | Us Bank N. A. | $ | $ | $ |
| 11 | N. A. Fia Card Services | $ | $ | $ |
| 12 | N. A. Fia Card Services | $ | $ | $ |
| 13 | N. A. Fia Card Services | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 14 | Bmw Bank Of North America | $ | $ | $ |
| 15 | Us Dept Of Education | $ | $ | $ |
| 16 | Us Dept Of Education | $ | $ | $ |
| 17 | Us Dept Of Education | $ | $ | $ |
| 18 | Us Bank N. A. | $ | $ | $ |
| 19 | American Express Centurion Bank | $ | $ | $ |
| 20 | Fsb American Express Bank | $ | $ | $ |
| 21 | American Express Centurion Bank | $ | $ | $ |
| 22 | Portfolio Recovery Associates, Llc | $ | $ | $ |
| 23 | Portfolio Recovery Associates, Llc | $ | $ | $ |

Total to be paid to timely general unsecured creditors        $_____

Remaining Balance                                              $_____

Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $        have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be       percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE