# UNITED STATES BANKRUPTCY COURT
## NORTHERN  DISTRICT OF  ILLINOIS
### EASTERN  DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Sebastian M Zielnski | § | Case No. 12-13980 |
| Eliza Broekere | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that STEVEN R. RADTKE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street
Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objection upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee application(s) and any objection to the Final Report will be held at:

10:00 a.m. on December 17, 2013
in Courtroom 744, U.S. Courthouse
219 South Dearborn Street, Chicago, IL  60604

If no objections are filed, upon entry of an order on the fee application(s), the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____         By: _____ Kenneth S. Gardner _____
                                                            Clerk of the Bankruptcy Court

*STEVEN R. RADTKE*
*79 WEST MONROE STREET*
*SUITE 1305*
*CHICAGO, IL 60603*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Sebastian M Zielnski | § | Case No. 12-13980 |
| Eliza Broekere | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 10,000.00 |
| and approved disbursements of | $ | 10.07 |
| leaving a balance on hand of[1] | $ | 9,989.93 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: STEVEN R. RADTKE | $ 1,750.00 | $ 0.00 | $ 1,750.00 |
| Trustee Expenses: STEVEN R. RADTKE | $ 77.32 | $ 0.00 | $ 77.32 |
| Charges: U. S. Bankruptcy Court Clerk | $ 293.00 | $ 0.00 | $ 293.00 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 2,120.32 |
| Remaining Balance | $ | 7,869.61 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

NONE


In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:


NONE


The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 181,441.23  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  4.3  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Atlas Acquisitions Llc (Citibank - Sears) | $ 8,181.24 | $ 0.00 | $ 354.84 |
| 2 | Atlas Acquisitions Llc (Us Bank) | $ 3,026.74 | $ 0.00 | $ 131.28 |
| 3 | Discover Bank | $ 6,736.65 | $ 0.00 | $ 292.19 |
| 4 | Pyod, Llc Its Successors And Assigns As Assignee | $ 29,925.50 | $ 0.00 | $ 1,297.95 |
| 5 | Pyod, Llc Its Successors And Assigns As Assignee | $ 6,200.69 | $ 0.00 | $ 268.94 |
| 6 | Pyod, Llc Its Successors And Assigns As Assignee | $ 1,740.24 | $ 0.00 | $ 75.48 |
| 7 | Pyod, Llc Its Successors And Assigns As Assignee | $ 17,860.99 | $ 0.00 | $ 774.68 |
| 8 | Quantum3 Group Llc As Agent For | $ 1,370.29 | $ 0.00 | $ 59.43 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 9 | First National Bank Of Omaha | $ 13,722.28 | $ 0.00 | $ 595.17 |
| 10 | Us Bank N. A. | $ 79.63 | $ 0.00 | $ 3.45 |
| 11 | N. A. Fia Card Services | $ 11,766.43 | $ 0.00 | $ 510.34 |
| 12 | N. A. Fia Card Services | $ 13,666.99 | $ 0.00 | $ 592.78 |
| 13 | N. A. Fia Card Services | $ 743.17 | $ 0.00 | $ 32.23 |
| 14 | Bmw Bank Of North America | $ 7,956.56 | $ 0.00 | $ 345.10 |
| 15 | Us Dept Of Education | $ 11,946.37 | $ 0.00 | $ 518.15 |
| 16 | Us Dept Of Education | $ 10,242.80 | $ 0.00 | $ 444.26 |
| 17 | Us Dept Of Education | $ 16,235.14 | $ 0.00 | $ 704.16 |
| 18 | Us Bank N. A. | $ 3,068.14 | $ 0.00 | $ 133.07 |
| 19 | American Express Centurion Bank | $ 1,078.17 | $ 0.00 | $ 46.76 |
| 20 | Fsb American Express Bank | $ 2,035.11 | $ 0.00 | $ 88.27 |
| 21 | American Express Centurion Bank | $ 2,944.87 | $ 0.00 | $ 127.73 |
| 22 | Portfolio Recovery Associates, Llc | $ 3,285.32 | $ 0.00 | $ 142.50 |
| 23 | Portfolio Recovery Associates, Llc | $ 7,627.91 | $ 0.00 | $ 330.85 |

Total to be paid to timely general unsecured creditors                     $          7,869.61

Remaining Balance                     $          0.00


        Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent, plus interest (if applicable).

        Tardily filed general (unsecured) claims are as follows:


                                        NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By:  /s/ Steven R. Radtke

Steven R. Radtke, Trustee

*STEVEN R. RADTKE*
*79 WEST MONROE STREET*
*SUITE 1305*
*CHICAGO, IL 60603*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (5/1/2011) *(Page: 5)*

United States Bankruptcy Court
Northern District of Illinois

In re:
Sebastian M Zielinski
Eliza Broekere
      Debtors

Case No. 12-13980-ERW
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1       User: dgomez       Page 1 of 2       Date Rcvd: Nov 15, 2013
                        Form ID: pdf006       Total Noticed: 51

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 17, 2013.
```
db/jdb      +Sebastian M Zielinski,   Eliza Broekere,   1720 S, Michigan Ave Apt. 1908,
              Chicago, IL 60616-4840
20716877     American Express Bank, FSB,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
20690996     American Express Centurion Bank,   c o Becket and Lee LLP,   Attorneys/Agent for Creditor,
              POB 3001,   Malvern, PA 19355-0701
20716878     American Express Centurion Bank,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
18739614    +Amex,   Po Box 297871,   Fort Lauderdale, FL 33329-7871
20427929    +Atlas Acquisitions LLC (Citibank - Sears),   294 Union St.,   Hackensack, NJ 07601-4303
20431989    +Atlas Acquisitions LLC  (US BANK),   294 Union St.,   Hackensack, NJ 07601-4303
18739617   ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
             (address filed with court: Bank Of America,   Po Box 982238,   El Paso, TX 79998)
18739620    +BMW Bank of North America,   Pob 23356,   Pittsburgh PA 15222-6356
18739616   #+Baker & Miller,   29 N Wacker Dr, Suite 500,   Chicago, IL 60606-3227
18739619    +Blitt & Gaines,   318 W. Adams St,   Suite 1600,   Chicago, IL 60606-5173
18739621    +Bryn Mawr Assoc,   PO BOX 661155,   Chicago, IL 60666-1155
18739623    +Cbna,   Po Box 769006,   San Antonio, TX 78245-9006
18739624    +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
18739625    +Citi,   Po Box 6241,   Sioux Falls, SD 57117-6241
18739626    +Citibankna,   Citibank / One Sto 1000 Technology Dr,   O Fallon, MO 63368-2239
18739628    +Codilis & Associates,   Bankruptcy Dept.,   15W030 North Frontage Road., Suite,
              Willowbrook, IL 60527-6921
18739630    +Edfl Svcs/Idapp,   120 N Seven Oaks Dr,   Knoxville, TN 37922-2359
20558936    +FIA CARD SERVICES, N.A.,   P O Box 982284,   El Paso, TX 79998-2284
18739631    +FINE MICHAEL D,   131 S DEARBORN,   Chicago, IL 60603-5571
20458614    +First National Bank of Omaha,   1620 Dodge Street Stop Code 3105,   Omaha Ne 68197-0002
18739632    +Fnb Omaha,   Po Box 3412,   Omaha, NE 68103-0412
18739633    +Forth Group,   22 East Cullerton Street #1,   Chicago, IL 60616-4877
18739636    +Iit/Acctng Dept/5th Fl,   3300 S Federal St Fl 5,   Chicago, IL 60616-3732
18739637    +John C. Bonewicz,   8001 N. Lincoln Ave.,   Suite 402,   Skokie, IL 60077-3657
18739643    +Oac (Original Creditor:Medical),   Po Box 371100,   Milwaukee, WI 53237-2200
18739644    +Ocwen Loan Servicing L,   12650 Ingenuity Dr,   Orlando, FL 32826-2703
20834491   ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
             (address filed with court: Portfolio Recovery Associates LLC,
              Successor Chase Bk USA(Heritage Chase),   by PRA Receivables Management LLC, agent,   Pob 41067,
              Norfolk VA 23541)
18739645    +Pierce & Associates,   1 North Dearborn,   Suite 1300,   Chicago, IL 60602-4373
18739646    +Portfolio Recvry&Affil (Original Credito,   120 Corporate Blvd Ste 1,   Norfolk, VA 23502-4962
18739647    +Sears/Cbna,   Po Box 6282,   Sioux Falls, SD 57117-6282
20501761   ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
             (address filed with court: US BANK N.A.,   P.O. BOX 5229,   CINCINNATI, OH 45201-5229)
20618141     US DEPT OF EDUCATION,   CLAIMS FILING UNIT,   PO BOX 8973,   MADISON, WI 53708-8973
18739649    +Us Dept Of Ed/Glelsi,   2401 International Ln,   Madison, WI 53704-3121
18739651    +Wfnnb/Vctria,   Po Box 182789,   Columbus, OH 43218-2789
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
18739615    +E-mail/Text: g20956@att.com Nov 16 2013 01:51:26      AT&T Mobility,   P.O. Box 6416,
              Carol Stream, IL 60197-6416
18739613     E-mail/Text: roy.buchholz@allianceoneinc.com Nov 16 2013 01:49:35      Alliance One,   Po Box 3111,
              Southeastern, PA 19398-3111
18827581    +E-mail/Text: bnc@atlasacq.com Nov 16 2013 01:49:42      Atlas Acquisitions LLC,   294 Union St.,
              Hackensack, NJ 07601-4303
18739622    +E-mail/Text: ebn@squaretwofinancial.com Nov 16 2013 01:51:14
              Cach Llc (Original Creditor:Us Bank),   4340 S Monaco St Unit 2,   Denver, CO 80237-3408
20432134     E-mail/PDF: mrdiscen@discoverfinancial.com Nov 16 2013 02:01:21      Discover Bank,
              DB Servicing Corporation,   PO Box 3025,   New Albany, OH  43054-3025
18739629    +E-mail/PDF: mrdiscen@discoverfinancial.com Nov 16 2013 02:01:21      Discover Fin Svcs Llc,
              Po Box 15316,   Wilmington, DE 19850-5316
18739634    +E-mail/Text: bankruptcy@gsb.com Nov 16 2013 01:50:54      Glenview State Bank,   800 Waukegan Rd,
              Glenview, IL 60025-4310
18739635    +E-mail/Text: Bankruptcy@icsystem.com Nov 16 2013 01:50:31      IC System Inc,
              444 Highway 96 East,   Po Box 64437,   Saint Paul, MN 55164-0437
18739638    +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 16 2013 01:52:04
              Lvnv Funding Llc (Original Creditor:Citi,   Po Box 740281,   Houston, TX 77274-0281
18739639    +E-mail/Text: bankruptcydpt@mcmcg.com Nov 16 2013 01:50:25
              Midland Fund (Original Creditor:Chase Ba,   8875 Aero Dr Suite 200,   San Diego, CA 92123-2255
18739640    +E-mail/Text: bankruptcydpt@mcmcg.com Nov 16 2013 01:50:25
              Midland Funding (Original Creditor:Chase,   8875 Aero Dr Ste 200,   San Diego, CA 92123-2255
18739641    +E-mail/Text: bankruptcydepartment@ncogroup.com Nov 16 2013 01:50:50      NCO Financial Systems,
              P.O. Box 15630,   Wilmington, DE 19850-5630
18739642    +E-mail/Text: electronicbkydocs@nelnet.net Nov 16 2013 01:50:32      Nelnet,
              3015 S Parker Rd Suite 400,   Aurora, CO 80014-2904
```

```
District/off: 0752-1          User: dgomez          Page 2 of 2           Date Rcvd: Nov 15, 2013
                              Form ID: pdf006       Total Noticed: 51
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
20435994     +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 16 2013 01:53:51
              PYOD, LLC its successors and assigns as assignee,   of Citibank (South Dakota), N.A.,
              Resurgent Capital Services,   PO Box 19008,  Greenville, SC 29602-9008
20455785      E-mail/Text: bnc-quantum@quantum3group.com Nov 16 2013 01:50:16
              Quantum3 Group LLC as agent for,   Comenity Bank,   PO Box 788,   Kirkland, WA  98083-0788
18739650     +E-mail/Text: BKRMailOps@weltman.com Nov 16 2013 01:50:33    Weltman, Weinberg & Reis Co.,
              323 W. Lakeside Ave.,   Suite 200,   Cleveland, OH 44113-1099
                                                                          TOTAL: 16


            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20771460*   ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,   NORFOLK VA 23541-1067
              (address filed with court: Portfolio Recovery Associates, LLC,
               successor CHASE BK USA(Heritage Bank One,   by PRA Receivables Management LLC, agent,
               POB 41067,   Norfolk, VA 23541)
18739648*   ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
              (address filed with court: Us Bank Hogan Loc,   Po Box 5227,   Cincinnati, OH 45201)
18739618    ##+Bank Of America,   Po Box 1598,   Norfolk, VA 23501-1598
18739627    ##+Citimortgage Inc,   Po Box 9438,   Gaithersburg, MD 20898-9438
                                                                          TOTALS: 0, * 2, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2013                               Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 14, 2013 at the address(es) listed below:
```
       Donald L. Newman   on behalf of Creditor   Glenview State Bank dnewmanassoc@yahoo.com,
        dnewmanassoc@yahoo.com
       Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
       Peter C Bastianen   on behalf of Creditor   Ocwen Loan Servicing, LLC ND-Four@il.cslegal.com
       Steven R Radtke   on behalf of Plaintiff Steven R Radtke sradtke@chillchillradtke.com
       Steven R Radtke   sradtke@chillchillradtke.com,  sradtke@ecf.epiqsystems.com
       Steven R Radtke   on behalf of Trustee Steven R Radtke sradtke@chillchillradtke.com
       Thomas G Stahulak   on behalf of Debtor Sebastian M Zielinski ecf@stahulakandassociates.com,
        ecf.stahulakandassociates@gmail.com
       Thomas G Stahulak   on behalf of Joint Debtor Eliza  Broekere ecf@stahulakandassociates.com,
        ecf.stahulakandassociates@gmail.com
                                                                          TOTAL: 8
```