UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                              §
                                    §
Sebastian M Zielnski                §    Case No. 12-13980
Eliza Broekere                      §
                                    §
                                    §
         Debtor(s)                  §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    STEVEN R. RADTKE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

    3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $     (see **Exhibit 2**), yielded net receipts of $             from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/STEVEN R. RADTKE_____
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Citimortgage Inc Po Box 9438 Gaithersburg, MD 20898 |  |  |  |  |  |
|  | Glenview State Bank 800 Waukegan Rd Glenview, IL 60025 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ocwen Loan Servicing L 12650 Ingenuity Dr Orlando, FL 32826 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEVEN R. RADTKE | | | | | |
| STEVEN R. RADTKE | | | | | |
| Associated Bank | | | | | |
| U. S. Bankruptcy Court Clerk | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Amex Po Box 297871 Fort Lauderdale, FL 33329 | | | | | |
| | Amex Po Box 297871 Fort Lauderdale, FL 33329 | | | | | |
| | Amex Po Box 297871 Fort Lauderdale, FL 33329 | | | | | |
| | AT&T Mobility P.O. Box 6416 Carol Stream, IL 60197 | | | | | |
| | Bank Of America Po Box 1598 Norfolk, VA 23501 | | | | | |
| | Bank Of America Po Box 982238 El Paso, TX 79998 | | | | | |
| | Bank Of America Po Box 982238 El Paso, TX 79998 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank Of America Po Box 982238 El Paso, TX 79998 | | | | | |
| | Bmw Bank Of North Amer 2735 E Parleys Ways Ste Salt Lake City, UT 84109 | | | | | |
| | Bryn Mawr Assoc PO BOX 661155 Chicago, IL 60666 | | | | | |
| | Cach Llc (Original Creditor:Us Bank) 4340 S Monaco St Unit 2 Denver, CO 80237 | | | | | |
| | Cbna Po Box 769006 San Antonio, TX 78245 | | | | | |
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citi Po Box 6241 Sioux Falls, SD 57117 | | | | | |
| | Citi Po Box 6241 Sioux Falls, SD 57117 | | | | | |
| | Citi Po Box 6241 Sioux Falls, SD 57117 | | | | | |
| | Citi Po Box 6241 Sioux Falls, SD 57117 | | | | | |
| | Citibankna Citibank / One Sto 1000 Technology Dr O Fallon, MO 63368 | | | | | |
| | Discover Fin Svcs Llc Po Box 15316 Wilmington, DE 19850 | | | | | |
| | Edfl Svcs/Idapp 120 N Seven Oaks Dr Knoxville, TN 37922 | | | | | |
| | Edfl Svcs/Idapp 120 N Seven Oaks Dr Knoxville, TN 37922 | | | | | |
| | Edfl Svcs/Idapp 120 N Seven Oaks Dr Knoxville, TN 37922 | | | | | |
| | Edfl Svcs/Idapp 120 N Seven Oaks Dr Knoxville, TN 37922 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Edfl Svcs/Idapp 120 N Seven Oaks Dr Knoxville, TN 37922 | | | | | |
| | Edfl Svcs/Idapp 120 N Seven Oaks Dr Knoxville, TN 37922 | | | | | |
| | Edfl Svcs/Idapp 120 N Seven Oaks Dr Knoxville, TN 37922 | | | | | |
| | Edfl Svcs/Idapp 120 N Seven Oaks Dr Knoxville, TN 37922 | | | | | |
| | Fnb Omaha Po Box 3412 Omaha, NE 68103 | | | | | |
| | Forth Group 22 East Cullerton Street #1 Chicago, IL 60616 | | | | | |
| | Iit/Acctng Dept/5th Fl 3300 S Federal St Fl 5 Chicago, IL 60616 | | | | | |
| | Iit/Acctng Dept/5th Fl 3300 S Federal St Fl 5 Chicago, IL 60616 | | | | | |
| | Lvnv Funding Llc (Original Creditor:Citi Po Box 740281 Houston, TX 77274 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Midland Fund (Original Creditor:Chase Ba 8875 Aero Dr Suite 200 San Diego, CA 92123 | | | | | |
| | Midland Funding (Original Creditor:Chase 8875 Aero Dr Ste 200 San Diego, CA 92123 | | | | | |
| | Nelnet 3015 S Parker Rd Suite 400 Aurora, CO 80014 | | | | | |
| | Nelnet 3015 S Parker Rd Suite 400 Aurora, CO 80014 | | | | | |
| | Oac (Original Creditor:Medical) Po Box 371100 Milwaukee, WI 53237 | | | | | |
| | Portfolio Recvry&Affil (Original Credito 120 Corporate Blvd Ste 1 Norfolk, VA 23502 | | | | | |
| | Portfolio Recvry&Affil (Original Credito 120 Corporate Blvd Ste 1 Norfolk, VA 23502 | | | | | |
| | Sears/Cbna Po Box 6282 Sioux Falls, SD 57117 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Us Bank Hogan Loc Po Box 5227 Cincinnati, OH 45201 | | | | | |
| | Us Dept Of Ed/Glelsi 2401 International Ln Madison, WI 53704 | | | | | |
| | Us Dept Of Ed/Glelsi 2401 International Ln Madison, WI 53704 | | | | | |
| | Wfnnb/Vctria Po Box 182789 Columbus, OH 43218 | | | | | |
| 19 | American Express Centurion Bank | | | | | |
| 21 | American Express Centurion Bank | | | | | |
| 1 | Atlas Acquisitions Llc (Citibank - Sears) | | | | | |
| 2 | Atlas Acquisitions Llc (Us Bank) | | | | | |
| 14 | Bmw Bank Of North America | | | | | |
| 3 | Discover Bank | | | | | |
| 9 | First National Bank Of Omaha | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 20 | Fsb American Express Bank | | | | | |
| 11 | N. A. Fia Card Services | | | | | |
| 12 | N. A. Fia Card Services | | | | | |
| 13 | N. A. Fia Card Services | | | | | |
| 22 | Portfolio Recovery Associates, Llc | | | | | |
| 23 | Portfolio Recovery Associates, Llc | | | | | |
| 4 | Pyod, Llc Its Successors And Assigns As Assignee | | | | | |
| 5 | Pyod, Llc Its Successors And Assigns As Assignee | | | | | |
| 6 | Pyod, Llc Its Successors And Assigns As Assignee | | | | | |
| 7 | Pyod, Llc Its Successors And Assigns As Assignee | | | | | |
| 8 | Quantum3 Group Llc As Agent For | | | | | |
| 10 | Us Bank N. A. | | | | | |
| 18 | Us Bank N. A. | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 15 | Us Dept Of Education | | | | | |
| 16 | Us Dept Of Education | | | | | |
| 17 | Us Dept Of Education | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 12-13980 | ERW | Judge: | Eugene R. Wedoff | Trustee Name: | STEVEN R. RADTKE |
|---|---|---|---|---|---|---|
| Case Name: | Sebastian M Zielnski | | | | Date Filed (f) or Converted (c): | 04/05/2012 (f) |
| | Eliza Broekere | | | | 341(a) Meeting Date: | 06/11/2012 |
| For Period Ending: | 02/10/2014 | | | | Claims Bar Date: | 07/30/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1720 S Michigan Ave. Apt 1908 Chicago, Il 60616 | 225,000.00 | 0.00 | OA | 0.00 | FA |
| 2. 1720 S Michigan Ave. Apt 1808 Chicago, Il 60616 | 225,000.00 | 0.00 | OA | 0.00 | FA |
| 3. Cash On Hand | 5.00 | 0.00 | OA | 0.00 | FA |
| 4. Checking Account With Us Bank | 400.00 | 0.00 | OA | 0.00 | FA |
| 5. Checking Account With Citibank | 500.00 | 0.00 | OA | 0.00 | FA |
| 6. Used Personal Household Goods/Items And Furniture | 350.00 | 0.00 | OA | 0.00 | FA |
| 7. Used Personal Clothing And Accessories | 200.00 | 0.00 | OA | 0.00 | FA |
| 8. Life Insurance Policy With State Farm - No Cash Surrender Va | 10,000.00 | 0.00 | OA | 0.00 | FA |
| 9. 2011 Estimated Tax Refund ($129.00 Estimated For Earned Inco | 7,984.00 | 5,566.00 | OA | 0.00 | FA |
| 10. 2006 Audi A4 Estimated 57,000 Miles | 10,175.00 | 0.00 | OA | 0.00 | FA |
| 11. 2000 Honda Magna Estimated 115,000 Miles | 1,985.00 | 0.00 | OA | 0.00 | FA |
| 12. Preference Claim against Ewa Broekere | 11,999.00 | 11,999.00 | | 10,000.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $493,598.00 | $17,565.00 | | $10,000.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee filed adversary proceeding to collect alleged preference in the amount $11,999.00. Pursuant to order of court dated June 19, 2013 the court approved a settlement under which the Trustee collected $10,000. As of June 30, 2013 the Trustee was awaiting passage of claims bar date.

**UST Form 101-7-TDR (5/1/2011)** *(Page: 13)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 12-13980 | Trustee Name: STEVEN R. RADTKE |
| Case Name: Sebastian M Zielnski | Bank Name: Associated Bank |
| Eliza Broekere | Account Number/CD#: XXXXXX5414 |
| | Checking |
| Taxpayer ID No: XX-XXX1618 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 02/10/2014 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/30/13 | 12 | Sebastian M. Zielinski | Preference Claim against Ewa Broekere<br>Initial repayment of preferential transfer; balance to follow on or before 5/20/13 | 1129-000 | $5,000.00 | | $5,000.00 |
| 05/21/13 | 12 | Sebastian Zielinski | Preference Claim against Ewa Broekere<br>Final repayment of preferential transfer; balance to follow on or before 5/20/13 | 1141-000 | $5,000.00 | | $10,000.00 |
| 06/07/13 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.07 | $9,989.93 |
| 12/19/13 | 1001 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL  60603<br>, | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $1,750.00 | $8,239.93 |
| 12/19/13 | 1002 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL  60603<br>, | Final distribution representing a payment of 100.00 % per court order. | 2200-000 | | $77.32 | $8,162.61 |
| 12/19/13 | 1003 | U. S. Bankruptcy Court Clerk<br>Dirksen Federal Building<br>219 S. Dearborn Street<br>Chicago, IL 60604 | Deferred adversary complaint filing fee | 2700-000 | | $293.00 | $7,869.61 |
| 12/19/13 | 1004 | Atlas Acquisitions Llc (Citibank - Sears)<br>294 Union St.<br>Hackensack, Nj 07601 | Final distribution to claim 1 representing a payment of 4.34 % per court order. | 7100-000 | | $354.84 | $7,514.77 |
| 12/19/13 | 1005 | Atlas Acquisitions Llc (Us Bank)<br>294 Union St.<br>Hackensack, Nj 07601 | Final distribution to claim 2 representing a payment of 4.34 % per court order. | 7100-000 | | $131.28 | $7,383.49 |

Page Subtotals:  $10,000.00    $2,616.51

**UST Form 101-7-TDR (5/1/2011)** *(Page: 15)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 12-13980 | Trustee Name: STEVEN R. RADTKE |
| Case Name: Sebastian M Zielnski | Bank Name: Associated Bank |
| Eliza Broekere | Account Number/CD#: XXXXXX5414 |
| | Checking |
| Taxpayer ID No: XX-XXX1618 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 02/10/2014 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/19/13 | 1006 | Discover Bank<br>Db Servicing Corporation<br>Po Box 3025<br>New Albany, Oh 43054-3025 | Final distribution to claim 3 representing a payment of 4.34 % per court order. | 7100-000 | | $292.19 | $7,091.30 |
| 12/19/13 | 1007 | Pyod, Llc Its Successors And Assigns As Assignee<br>Of Citibank (South Dakota), N.A.<br>Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602 | Final distribution to claim 4 representing a payment of 4.34 % per court order. | 7100-000 | | $1,297.95 | $5,793.35 |
| 12/19/13 | 1008 | Pyod, Llc Its Successors And Assigns As Assignee<br>Of Citibank (South Dakota), N.A.<br>Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602 | Final distribution to claim 5 representing a payment of 4.34 % per court order. | 7100-000 | | $268.94 | $5,524.41 |
| 12/19/13 | 1009 | Pyod, Llc Its Successors And Assigns As Assignee<br>Of Citibank (South Dakota), N.A.<br>Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602 | Final distribution to claim 6 representing a payment of 4.34 % per court order. | 7100-000 | | $75.48 | $5,448.93 |
| 12/19/13 | 1010 | Pyod, Llc Its Successors And Assigns As Assignee<br>Of Citibank (South Dakota), N.A.<br>Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602 | Final distribution to claim 7 representing a payment of 4.34 % per court order. | 7100-000 | | $774.68 | $4,674.25 |
| 12/19/13 | 1011 | Quantum3 Group Llc As Agent For Comenity Bank<br>Po Box 788<br>Kirkland, Wa 98083-0788 | Final distribution to claim 8 representing a payment of 4.34 % per court order. | 7100-000 | | $59.43 | $4,614.82 |
| 12/19/13 | 1012 | First National Bank Of Omaha<br>1620 Dodge Street Stop Code 3105<br>Omaha Ne 68197 | Final distribution to claim 9 representing a payment of 4.34 % per court order. | 7100-000 | | $595.17 | $4,019.65 |
| 12/19/13 | 1013 | Us Bank N. A.<br>Us Bank N.A.<br>P.O. Box 5229<br>Cincinnati, Oh 45201-5229 | Final distribution to claim 10 representing a payment of 4.34 % per court order. | 7100-000 | | $3.45 | $4,016.20 |

Page Subtotals: $0.00   $3,367.29

UST Form 101-7-TDR (5/1/2011) *(Page: 16)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: 12-13980 | Trustee Name: STEVEN R. RADTKE | |
| Case Name: Sebastian M Zielnski | Bank Name: Associated Bank | |
| Eliza Broekere | Account Number/CD#: XXXXXX5414 | |
| | Checking | |
| Taxpayer ID No: XX-XXX1618 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 02/10/2014 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/19/13 | 1014 | N. A. Fia Card Services<br>Fia Card Services, N.A.<br>P O Box 982284<br>El Paso, Tx 79998-2238 | Final distribution to claim 11 representing a payment of 4.34 % per court order. | 7100-000 | | $510.34 | $3,505.86 |
| 12/19/13 | 1015 | N. A. Fia Card Services<br>Fia Card Services, N.A.<br>P O Box 982284<br>El Paso, Tx 79998-2238 | Final distribution to claim 12 representing a payment of 4.34 % per court order. | 7100-000 | | $592.78 | $2,913.08 |
| 12/19/13 | 1016 | N. A. Fia Card Services<br>Fia Card Services, N.A.<br>P O Box 982284<br>El Paso, Tx 79998-2238 | Final distribution to claim 13 representing a payment of 4.34 % per court order. | 7100-000 | | $32.23 | $2,880.85 |
| 12/19/13 | 1017 | Bmw Bank Of North America<br>Pob 23356<br>Pittsburgh Pa 15222 | Final distribution to claim 14 representing a payment of 4.34 % per court order. | 7100-000 | | $345.10 | $2,535.75 |
| 12/19/13 | 1018 | Us Dept Of Education<br>Claims Filing Unit<br>Po Box 8973<br>Madison, Wi 53708-8973 | Final distribution to claim 15 representing a payment of 4.34 % per court order. | 7100-000 | | $518.15 | $2,017.60 |
| 12/19/13 | 1019 | Us Dept Of Education<br>Claims Filing Unit<br>Po Box 8973<br>Madison, Wi 53708-8973 | Final distribution to claim 16 representing a payment of 4.34 % per court order. | 7100-000 | | $444.26 | $1,573.34 |
| 12/19/13 | 1020 | Us Dept Of Education<br>Claims Filing Unit<br>Po Box 8973<br>Madison, Wi 53708-8973 | Final distribution to claim 17 representing a payment of 4.34 % per court order. | 7100-000 | | $704.16 | $869.18 |
| 12/19/13 | 1021 | Us Bank N. A.<br>Us Bank N.A.<br>P.O. Box 5229<br>Cincinnati, Oh 45201-5229 | Final distribution to claim 18 representing a payment of 4.34 % per court order. | 7100-000 | | $133.07 | $736.11 |
| 12/19/13 | 1022 | American Express Centurion Bank<br>C O Becket And Lee Llp<br>Pob 3001<br>Malvern, Pa 19355-0701 | Final distribution to claim 19 representing a payment of 4.34 % per court order. | 7100-000 | | $46.76 | $689.35 |

Page Subtotals:   $0.00   $3,326.85

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 12-13980 | Trustee Name: | STEVEN R. RADTKE |
|---|---|---|---|
| Case Name: | Sebastian M Zielnski | Bank Name: | Associated Bank |
| | Eliza Broekere | Account Number/CD#: | XXXXXX5414 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX1618 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 02/10/2014 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/19/13 | 1023 | Fsb American Express Bank<br>American Express Bank, Fsb<br>C O Becket And Lee Llp<br>Pob 3001<br>Malvern, Pa 19355-0701 | Final distribution to claim 20 representing a payment of 4.34 % per court order. | 7100-000 | | $88.27 | $601.08 |
| 12/19/13 | 1024 | American Express Centurion Bank<br>C O Becket And Lee Llp<br>Pob 3001<br>Malvern, Pa 19355-0701 | Final distribution to claim 21 representing a payment of 4.34 % per court order. | 7100-000 | | $127.73 | $473.35 |
| 12/19/13 | 1025 | Portfolio Recovery Associates, Llc<br>Successor To Chase Bank Usa, N.A.<br>Pob 41067<br>Norfolk, Va 23541 | Final distribution to claim 22 representing a payment of 4.34 % per court order. | 7100-000 | | $142.50 | $330.85 |
| 12/19/13 | 1026 | Portfolio Recovery Associates, Llc<br>Successor To Chase Bank Usa, N.A.<br>Pob 41067<br>Norfolk, Va 23541 | Final distribution to claim 23 representing a payment of 4.34 % per court order. | 7100-000 | | $330.85 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $10,000.00 | $10,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $10,000.00 | $10,000.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $10,000.00 | $10,000.00 |

Page Subtotals: $0.00 $689.35

**UST Form 101-7-TDR (5/1/2011)** *(Page: 18)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5414 - Checking | $10,000.00 | $10,000.00 | $0.00 |
|  | $10,000.00 | $10,000.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $10,000.00 |
| Total Gross Receipts: | $10,000.00 |

Page Subtotals: $0.00 $0.00